MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN



DONALd CHARLES Nichols

Case:3:22-cv-11971
Judge: Cleland, Robert H.
MJ: Ivy, Curtis
Filed: 08-23-2022 At 02:45 PM
CMP DONALD C. NICHOLS V ANN ARBOR V
A MEDICAL CENTER (LG)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Jury Trial:  ☐ Yes  ☒ No
*(check one)*

**v.**

ANN ARboR
U.A. MEdicAL CENTER

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Donald C. Nichols |
| Street Address | 4452 Wolf Lk. Dr. |
| City and County | Brooklyn |
| State and Zip Code | Michigan   49230 |
| Telephone Number | 517-315-3382 |
| E-mail Address | |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ANN ARBOR  U.A. Medical Center |
| Job or Title (if known) | |
| Street Address | Fuller |
| City and County | Ann Arbor |
| State and Zip Code | Michigan |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

    Name               _____

    Job or Title
    (if known)        _____

    Street Address    _____

    City and County   _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address
    (if known)        _____

Defendant No. 4

    Name                _____

    Job or Title
    (if known)        _____

    Street Address    _____

    City and County   _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address
    (if known)        _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

    ☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.**   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual
The plaintiff, *(name)* _____,
is a citizen of the State of *(name)* _____.

    b.   If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.   If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$75,000

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _8-20_____, 20_22_.

Signature of Plaintiff    _Donald C. Nichols_____

Printed Name of Plaintiff   _DoNALd  C.  Nichols_____

6



**U.S. Department of Veterans Affairs**
**Office of General Counsel**

Torts Law Group (021)
810 Vermont Avenue, NW
Washington, DC 20420

Telephone: (202) 461-4900

In Reply Refer To: GCL #487186

Via Certified-Mail 7013 0600 0001 9396 4582

January 31, 2022

Donald Nichols
445 1/2 Wolf Lk. Drive
Brooklyn, MI 48230

> Re:    Reconsideration

Dear Mr. Nichols:

This office has now completed reconsideration of the above-referenced matters under the Federal Tort Claims Act (FTCA), and they are again denied.

The FTCA provides a legal remedy enabling an individual to recover damages under circumstances where the United States, if it were a private person, would be liable. Our review revealed no evidence of any negligent or wrongful act or omission on the part of a Department of Veterans Affairs (VA) employee acting within the scope of his or her employment that resulted in harm to you.

If you are dissatisfied with this decision, you may file suit directly under the FTCA, 28 U.S.C. §§ 1346(b) and 2671-2680. The FTCA provides that when an agency denies an administrative tort claim, the claimant may seek judicial relief in a Federal district court. The claimant must initiate the suit within six months of the mailing of this notice as shown by the date of this denial (28 U.S.C. § 2401(b)). In any lawsuit, the proper party defendant is the United States, not the Department of Veterans Affairs.

Please note that FTCA claims are governed by a combination of Federal and state laws. Some state laws may limit or bar a claim or law suit. VA attorneys handling FTCA claims work for the Federal government, and cannot provide advice regarding the impact of state laws or state filing requirements.

Sincerely,

*Tami R. Nantz*

TAMI R. NANTZ
Deputy Chief Counsel

To Whom this may concern,

My name is Donald Nichols and I am a Army Disabled Veteran with 50% disability. I am here today because I have had a total of 3 eye surgies to help improve my vision from having Cataracts. This was performed by a VA Surgeon in Ann Arbor VA Hospital.

My vision is worse and is impaired at night and also during the daytime unless I wear Sunglasses.

My first Surgery was sucessful on my Right eye. My left eye was not. I had exrays which found something left inside which resulted in another Surgery to remove it.

After this I deveoped too much Scar tissue that I needed my 3rd. Surgery. This did not improve my vision.

_Donald Nichols_

*VA Ann Arbor Healthcare System*
*2215 Fuller Rd*
*Mail Stop: 136-ROI*
*Ann Arbor, MI  48105*

# DEPARTMENT OF VETERANS AFFAIRS

*DATE:  3/8/2022*
*In Reply Refer To: 136-ROI*
*SSN: 9809*

**DONALD CHARLES NICHOLS**
**445 1/2 WOLF LAKE RD**
**BROOKLYN, MI 49230**

RE: ROI Plus Request for DONALD CHARLES NICHOLS

Dear MR NICHOLS:

We have received your request for information on March 08, 2022.

The information listed below is furnished in response to your recent request under the Privacy Act and 45 CFR Part 164.

This individually identifiable information is privileged. Its confidentiality should be maintained along with appropriate security safeguards to protect against individual harm (identity theft), embarrassment, or inconvenience.

We thank you for your support of our mission.  If you wish to discuss anything in this letter with me, please contact me at (734)769-7100 x5567.

Please note, these documents do not constitute a legal health record.

Sincerely,

GEORGE BOTELLO - Release of Information

Interim Electronic Accounting of Disclosure for: NICHOLS,DONALD CHARLES                    Page 1 of 1

**Patient:**   NICHOLS,DONALD CHARLES            **Requestor:**   DONALD CHARLES NICHOLS
445 1/2 WOLF LAKE RD                                          445 1/2 WOLF LAKE RD
BROOKLYN, MICHIGAN  49230                          BROOKLYN, MI 49230

**Current Status:**   OPEN                         **Entered On:**   Mar 08, 2022

**Closed On:**                                     **Assigned Clerk:**   GEORGE BOTELLO

**Request Comments:**   All eye surgery records.

**Released Info:**
Surgical Information: 25 GAUGE PARS PLANA VITRECTOMY WITH INDOCYANINE GREEN EPITHELIAL MEMBRANE
Surgical Information: 23 GAUGE PARS PLANA VITRECTOMY AND LENSECTOMY, CRYOPEXY, ENDOLASER,
Surgical Information: PHACOEMULSIFICATION WITH LENS IMPLANT, ANTERIOR VITRECTOMY, LEFT EYE
Surgical Information: PHACOEMULSIFICATION WITH LENS IMPLANT RIGHT EYE 07/30/2018 14:32:55

# Surgical Information

```
--------------------------------------------------------------------------
                            OPERATION REPORT
--------------------------------------------------------------------------
 LOCAL TITLE: OPERATION REPORT
STANDARD TITLE: OPERATIVE REPORT
DATE OF NOTE: AUG 12, 2020@08:18      ENTRY DATE: AUG 12, 2020@10:10:15
     SURGEON: KILLEEN,OLIVIA J        ATTENDING: CONRADY,CHRISTOPHER DALE
     URGENCY:                            STATUS: COMPLETED
     SUBJECT: Case #: 178955
```

PREOPERATIVE DIAGNOSIS: Epiretinal membrane, left eye
POSTOPERATIVE DIAGNOSES:
1.  Epiretinal membrane, left eye

PROCEDURE PERFORMED: 25-gauge pars plana vitrectomy/ICG-assisted epiretinal
membrane and internal limiting membrane peel, left eye

ANESTHESIA: General
SURGEON: Christopher Conrady, MD, PhD
ASSISTANT: Olivia Killeen, MD

INDICATIONS FOR PROCEDURE: Epiretinal membrane (confirmed on OCT) causing
blurred/decreased vision. After the risks, benefits, indications and
alternatives were thoroughly discussed including guarded visual prognosis due
to history of complicated cataract surgery in the eye, the patient elected to
proceed and written informed consent was obtained.

OPERATIVE PROCEDURE: The patient was brought to the operating room and a
time-out was performed. The correct eye and procedure were verified. General
anesthesia was administered by the anesthesia team.

The patient was prepped and draped in the usual sterile fashion. A Lieberman
eyelid speculum was placed in the operative eye. Three localized peritomies
were performed.  A 7-0 vicryl suture was preplaced inferotemporally planning
for a 3.5 mm trocar entry site. Using a 25-gauge valved trocar cannula
system, sclerotomies were created through the pars plana in the
inferotemporal, superotemporal, and superonasal quadrants through the pars
plana 3.5 mmg posterior to the limbus. The infusion line was inserted
directly into the inferotemporal cannula and turned on after confirming
appropriate placement under direct visualization.

The microvitrector and light pipe were introduced into the eye and the wide
angle visualization system engaged. A complete vitrectomy was confirmed with
short skirt noted. A scleral buckle with radial element superonasally was
noted.  A macula contact lens was placed on the cornea. The retina was
inspected and notable for retinal folds within the macula and an epiretinal
membrane. Dilute ICG was placed on the macular surface for one minute, after
which the excess ICG removed from the eye.  The ERM was grasped with ILM
forceps and peeled out to the arcades.  ILM was grasped with ILM forceps and
peeled. The area was restained with ICG and ILM peeled out to nearly the

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
NICHOLS,DONALD CHARLES
445 1/2 WOLF LAKE RD
BROOKLYN, MICHIGAN  49230
DOB:02/28/1947

VISTA Electronic Medical Documentation
Printed at VA Ann Arbor Healthcare System, 2215
Fuller Road, Ann Arbor, MI

# Surgical Information

Printed On Mar 8, 2022

arcades. The retina was inspected with scleral depression. No untreated retinal breaks or tears were noted. An air-fluid exchange was not performed due to the AC IOL in place and the significant communication between the posterior chamber and anterior chamber with concern of inducing pupillary block. The wounds were then closed with 7-0 vicryl and the overlying peritomies closed with 7-0 vicryl as well.

The intraocular pressure was appropriate by palpation, and all wounds were airtight. A drop of Atropine and Maxitrol ointment were placed in the eye. The eye was patched and shielded. The patient tolerated the procedure well and there were no complications. The patient was taken to the recovery room in good condition where he was given post-operative instructions.

ATTENDING STATEMENT: I was present for the entire procedure and performed all key portions of the surgery.

/es/ CHRISTOPHER DALE CONRADY

Signed: 08/12/2020 15:13
for OLIVIA J KILLEEN
Resident, Ophthalmology

/es/ CHRISTOPHER DALE CONRADY

Cosigned: 08/12/2020 15:13
--------------------------------------------------------------------------
                        NURSE INTRAOPERATIVE REPORT
--------------------------------------------------------------------------
 LOCAL TITLE: NURSE INTRAOPERATIVE REPORT
STANDARD TITLE: NURSING OPERATIVE NOTE
DATE OF NOTE: AUG 12, 2020@08:18     ENTRY DATE: AUG 12, 2020@10:10:15
     AUTHOR: CANETE,SERGIO-AUGUS  EXP COSIGNER:
     URGENCY:                      STATUS: COMPLETED
     SUBJECT: Case #: 178955

Operating Room: OR5                Surgical Priority: ELECTIVE

Patient in Hold: NOT ENTERED       Patient in OR:  AUG 12, 2020  08:18
Operation Begin: AUG 12, 2020  08:41   Operation End:  AUG 12, 2020  10:00
Surgeon in OR:   AUG 12, 2020  07:11   Patient Out OR: AUG 12, 2020  10:09

Major Operations Performed:
Primary: 25 GAUGE PARS PLANA VITRECTOMY WITH INDOCYANINE GREEN EPITHELIAL
         MEMBRANE PEEL, LEFT EYE

Wound Classification: CLEAN
Operation Disposition: OUTPATIENT/DISCHARGE
Discharged Via: STRETCHER

Primary Surgeon: KILLEEN,OLIVIA J     First Assist: N/A

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

NICHOLS,DONALD CHARLES
445 1/2 WOLF LAKE RD
BROOKLYN, MICHIGAN  49230
DOB:02/28/1947

**VISTA Electronic Medical Documentation**

Printed at VA Ann Arbor Healthcare System, 2215 Fuller Road, Ann Arbor, MI

2

# Surgical Information

Printed On Mar 8, 2022

```
Attending Surgeon: CONRADY,CHRISTOPHER DALESecond Assist: N/A
Anesthetist: HOOVER,SARA LYNN CRNA      Assistant Anesth: N/A


Other Scrubbed Assistants: N/A


OR Support Personnel:
  Scrubbed                        Circulating
  GILL,AKIDA F (ORIENTEE)         CANETE,S. (FULLY TRAINED)
  HARDEMON,DEBRA (FULLY TRAINED)  HERNDON,C. (FULLY TRAINED)


Other Persons in OR: N/A


Preop Mood:       ANXIOUS         Preop Consc:    ALERT-ORIENTED
Preop Skin Integ: N/A             Preop Converse: RESPONDS TO QUESTIONS


--- Time Out Checklist ---
Confirm Correct Patient Identity: YES
Confirm Procedure To Be Performed: YES
Confirm Site of the Procedure, Including Laterality: YES
Confirm Valid Consent: YES, i-MED
Confirm Patient Position: YES
Confirm Procedure Site has been Marked Appropriately and that the Site of the
 Mark is Visible After Prep and Draping: YES
Pertinent Medical Images Have Been Confirmed: N/A
Correct Medical Implant(s) is Available: NOT APPLICABLE
Availability of Special Equipment: YES
Appropriate Antibiotic Prophylaxis: NOT INDICATED
Appropriate Deep Vein Thrombosis Prophylaxis: YES
Blood Availability: NOT INDICATED
Checklist Comment:
    CONRADY, CANETE, HARDEMON, HOOVER
    FIRE RISK:2- MODERATE, STERILE H20 ON TABLE, FIRE ESTINGUISHER AVAILABLE

Time-Out Document Completed By: CANETE,SERGIO-AUGUSTUS T III
Time-Out Completed: AUG 12, 2020@08:39:05


Skin Prep By: KILLEEN,OLIVIA J    Skin Prep Agent: BETADINE
Skin Prep By (2): CONRADY,C.      2nd Skin Prep Agent: BETADINE


Preop Surgical Site Hair Removal by: N/A
Surgical Site Hair Removal Method: NO HAIR REMOVED
  Hair Removal Comments: NO COMMENTS ENTERED


Surgery Position(s):
  SUPINE                          Placed: N/A


Restraints and Position Aids:
  SAFETY STRAP                    Applied By: N/A

Electrocautery Unit:       N/A
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

NICHOLS,DONALD CHARLES
445 1/2 WOLF LAKE RD
BROOKLYN, MICHIGAN  49230
DOB:02/28/1947

**VISTA Electronic Medical Documentation**

Printed at VA Ann Arbor Healthcare System, 2215
Fuller Road, Ann Arbor, MI

# Surgical Information

Printed On Mar 8, 2022

```
ESU Coagulation Range:      N/A
ESU Cutting Range:          N/A
Electroground Position(s): N/A

Material Sent to Laboratory for Analysis:
Specimens: N/A
Cultures:  N/A

Anesthesia Technique(s):
  GENERAL

Tubes and Drains:
  NONE

Tourniquet: N/A

Thermal Unit: N/A

Prosthesis Installed: N/A

Medications: N/A

Irrigation Solution(s):
  BALANCED SALT SOLUTION,18ML
  BAL SALT+,500ML;.25EPI 1:1000

Blood Replacement Fluids: N/A

Possible Item Retention:    YES
Sponge Final Count Correct: NOT APPLICABLE
Sharps Final Count Correct: YES
Instrument Final Count Correct: YES
Wound Sweep:                YES
Wound Sweep Comment: NO COMMENTS ENTERED
Intra-Operative X-Ray:      * NOT ENTERED *
Intra-Operative X-Ray Comment: NO COMMENTS ENTERED
Counter:                    HARDEMON,DEBRA
Counts Verified By:         CANETE,SERGIO-AUGUSTUS T III

Dressing: EYEPAD,EYESHIELD,TAPE
Packing:  N/A

Blood Loss: 1 ml                    Urine Output:

Postoperative Mood:            N/A
Postoperative Consciousness:  N/A
Postoperative Skin Integrity: N/A
Postoperative Skin Color:     N/A

Laser Performed: N/A
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NICHOLS,DONALD CHARLES<br>445 1/2 WOLF LAKE RD<br>BROOKLYN, MICHIGAN  49230<br>DOB:02/28/1947 | Printed at VA Ann Arbor Healthcare System, 2215 Fuller Road, Ann Arbor, MI |

# Surgical Information

Printed On Mar 8, 2022

```
Sequential Compression Device: YES

Cell Saver(s): N/A

Devices: CONSTELLATION,MICROSCOPE,FRIGITRONICS

Immediate Use Steam Sterilization Episodes:
   Contamination:                     0
   SPS Processing/OR Management Issues: 0
   Emergency Case:                    0
   No Better Option:                  0
   Loaner or Short Notice Instrument:  0
   Decontamination of Instruments Contaminated During the Case: 0

Nursing Care Comments:
  PATIENT CHECKED IN POHA BY HERNDON-RN. EDUCATED PT IN PREOP RE: OR
  ACTIVITIES, POSITIONING AFTER SURGERY AND RESTRICTIONS IF GAS BUBBLE IS
  PLACED.
  INSTRUMENTATIONS,EQUIPMENTS AND MEDICATIONS CHECKED PRIOR TO PATIENT
  ENTRY TO OR.
  PATIENT TO OR BY ANESTHESIA PER STRETCHER WITH INVASIVE IV LINE. SCDS
  ACTIVATED PRIOR TO INDUCTION. BOTH ARMS AND WRISTS PADDED WITH FOAM AND
  ARMS SECURED AT SIDES-PALMS ON HIPS.PILLOW UNDER KNES.PATIENT STATED
  COMFORT BEFORE INDUCTION. LUBRICATING OINTMENT PLACED IN NONOPERATIVE EYE
  THEN TAPED SHUT PER ANESTHESIA AND SHIELDED DURING SURGERY.
  PATIENT TOLERATED PROCEDURE WELL.
  PATIENT TO PACU BY ANESTHESIA PER STRETCHER.

/es/ SERGIO-AUGUSTUS T CANETE III
RN
Signed: 08/12/2020 10:11
```

```
-----------------------------------------------------------------------
                           OPERATION REPORT
-----------------------------------------------------------------------
 LOCAL TITLE: OPERATION REPORT
STANDARD TITLE: OPERATIVE REPORT
DATE OF NOTE: AUG 29, 2018@08:07:30  ENTRY DATE: AUG 29, 2018@10:46:10
     SURGEON: LILES,NATHAN A        ATTENDING: WUBBEN,THOMAS J MD
     URGENCY:                        STATUS: COMPLETED
     SUBJECT: Case #: 169340


PREOPERATIVE DIAGNOSIS: Retained lens fragment, LEFT eye

POSTOPERATIVE DIAGNOSES:
1.Retained lens fragment, LEFT eye
```

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

NICHOLS,DONALD CHARLES
445 1/2 WOLF LAKE RD
BROOKLYN, MICHIGAN  49230
DOB:02/28/1947

**VISTA Electronic Medical Documentation**

Printed at VA Ann Arbor Healthcare System, 2215
Fuller Road, Ann Arbor, MI

# Surgical Information

2.Vitreous hemorrhage, LEFT eye

3.Retinal break, LEFT Eye

4.Retinal detachment, Left eye

PROCEDURE PERFORMED: 23-gauge pars plana vitrectomy, pars plana lensectomy, cryo-retinopexy, endodiathermy,endolaser, fluid-air exchange, 14% C3F8 gas, LEFT eye

ANESTHESIA: MAC

Surgeon: Wubben, MD, PhD

Assistant: Liles, MD

INDICATIONS FOR PROCEDURE: Retained lens fragment from cataract extraction in the LEFT eye. After the risks, indications, benefits, and alternatives were thoroughly explained, the patient elected to proceed and signed informed consent.

OPERATIVE PROCEDURE: The patient was brought to the operating room and a time-out was performed where the correct side of operation and correct procedure were verified. The patient was prepped and draped in the usual sterile fashion. A Lieberman lid speculum was placed in the operative eye. Light sedation was administered by anesthesia. A focal peritomy was created inferonasally and sub-Tenon's block of 50:50 lidocaine (without epinephrine) and bupivicaine was administered.

Focal peritomies were made inferotemporally, superotemporally, and superonasally. A 7-0 Vicryl suture was pre-placed inferotemporally. Using a 23-gauge valved trocar cannula system, sclerotomies were created through the pars plana 3.5 mm posterior to the limbus in the inferotemporal, superotemporal, and superonasal quadrants. The infusion line was inserted directly into the inferotemporal cannula and turned on after confirming appropriate placement under direct visualization.

The microvitrector and light pipe were introduced into the eye and the wide angle visualization system engaged. A core vitrectomy was performed and large lens fragments were noted within the vitreous cavity. Dilute kenalog (1:9) was injected intravitreally to highlight the hyaloid. The hyaloid was found to be very adherent but was pulled up with the suction function on the vitrector anterior to the equator. During this procedure, it was noted the retina was being pulled up temporally. Once the hyaloid was up, attention was turned to the lens fragments. The lens fragments were removed with the 23-

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NICHOLS,DONALD CHARLES<br>445 1/2 WOLF LAKE RD<br>BROOKLYN, MICHIGAN  49230<br>DOB:02/28/1947 | Printed at VA Ann Arbor Healthcare System, 2215 Fuller Road, Ann Arbor, MI |

# Surgical Information

gauge vitrector. The periphery was examined with scleral depression and an inferior retinal tear was noted at 6:30 with a focal detachment. The retinal tear was marked with endodiathermy. Likewise, retinal detachment versus schisis was noted temporally from 1:00 to 6:00. A shave vitrectomy was performed. Cryoretinopexy was performed to vitreoretinal tufts versus small tears at 1:00 and 11:00. A fluid-air exchange was performed with drainage through the retinal break and the retina flattened. Endolaser was applied to the retinal break. A lavage with C3F8 (14%) was performed and all sclerotomies were closed 7-0 Vicryl and the conjunctiva was closed with 7-0 vicryl as well.

The intraocular pressure was appropriate by palpation, and all wounds were closed. Subconjunctival ceftazidime and dexamethasone were administered. A drop of Atropine as well as Maxitrol ointment were placed in the eye. The eye was patched and shielded. The patient tolerated the procedure well and there were no complications. The patient was taken to the recovery room in good condition where he was given post-operative instructions.

ATTENDING STATEMENT: I was present for the entire procedure and performed all key portions of the surgery.

/es/ THOMAS J WUBBEN MD
Attending Physician, Ophthalmology
Signed: 09/05/2018 07:24
for NATHAN W LILES
RESIDENT

/es/ THOMAS J WUBBEN MD
Attending Physician, Ophthalmology
Cosigned: 09/05/2018 07:24
------------------------------------------------------------------------------
                          NURSE INTRAOPERATIVE REPORT
------------------------------------------------------------------------------
 LOCAL TITLE: NURSE INTRAOPERATIVE REPORT
STANDARD TITLE: NURSING OPERATIVE NOTE
DATE OF NOTE: AUG 29, 2018@08:07:30  ENTRY DATE: AUG 29, 2018@10:46:10
     AUTHOR: HERNDON,CHRISTINA K  EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED
     SUBJECT: Case #: 169340

Operating Room:  OR5                    Surgical Priority: ELECTIVE

Patient in Hold: NOT ENTERED            Patient in OR:  AUG 29, 2018  07:59:15
Operation Begin: AUG 29, 2018  08:07:30 Operation End:  AUG 29, 2018  10:43
Surgeon in OR:   AUG 29, 2018  07:30    Patient Out OR: AUG 29, 2018  10:45

Major Operations Performed:
Primary: 23 GAUGE PARS PLANA VITRECTOMY AND LENSECTOMY, CRYOPEXY, ENDOLASER,

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
NICHOLS,DONALD CHARLES
445 1/2 WOLF LAKE RD
BROOKLYN, MICHIGAN  49230
DOB:02/28/1947

**VISTA Electronic Medical Documentation**
Printed at VA Ann Arbor Healthcare System, 2215
Fuller Road, Ann Arbor, MI

# Surgical Information

Printed On Mar 8, 2022

```
             AIR/FLUID EXCHANGE, 14% C3F8 GAS INSTILLATION LEFT EYE

Wound Classification: CLEAN
Operation Disposition: OUTPATIENT/DISCHARGE
Discharged Via: STRETCHER

Primary Surgeon: LILES,NATHAN A          First Assist: N/A
Attending Surgeon: WUBBEN,THOMAS J MD    Second Assist: N/A
Anesthetist: NOT ENTERED                 Assistant Anesth: N/A

Other Scrubbed Assistants: N/A

OR Support Personnel:
  Scrubbed                               Circulating
  HARDEMON,DEBRA (FULLY TRAINED)         HERNDON,C. (FULLY TRAINED)
  LEMKE,MARCIE E (ORIENTEE)              CANETE,S. (ORIENTEE)
                                         SATTLER,CATHERYN MARY (FULLY TRAINED)

Other Persons in OR: N/A

Preop Mood:      ANXIOUS                 Preop Consc:    ALERT-ORIENTED
Preop Skin Integ: N/A                    Preop Converse: RESPONDS TO QUESTIONS


--- Time Out Checklist ---
Confirm Correct Patient Identity: YES
Confirm Procedure To Be Performed: YES
Confirm Site of the Procedure, Including Laterality: YES
Confirm Valid Consent: YES, i-MED
Confirm Patient Position: YES
Confirm Procedure Site has been Marked Appropriately and that the Site of the
 Mark is Visible After Prep and Draping: YES
Pertinent Medical Images Have Been Confirmed: N/A
Correct Medical Implant(s) is Available: NOT APPLICABLE
Availability of Special Equipment: YES
Appropriate Antibiotic Prophylaxis: NOT INDICATED
Appropriate Deep Vein Thrombosis Prophylaxis: NOT INDICATED
Blood Availability: NOT INDICATED
Checklist Comment:
   WUBBEN, HERNDON, LEMKE, DERRIG

Time-Out Document Completed By: HERNDON,CHRISTINA KORNILAKIS
Time-Out Completed: AUG 29, 2018@08:07:23

Skin Prep By: LILES,NATHAN A            Skin Prep Agent: BETADINE
Skin Prep By (2): WUBBEN,THOMAS J MD    2nd Skin Prep Agent: BETADINE

Preop Surgical Site Hair Removal by: N/A
Surgical Site Hair Removal Method: NO HAIR REMOVED
  Hair Removal Comments: NO COMMENTS ENTERED
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NICHOLS,DONALD CHARLES<br>445 1/2 WOLF LAKE RD<br>BROOKLYN, MICHIGAN  49230<br>DOB:02/28/1947 | Printed at VA Ann Arbor Healthcare System, 2215<br>Fuller Road, Ann Arbor, MI |

# Surgical Information

Printed On Mar 8, 2022

```
Surgery Position(s):
   SUPINE                              Placed: N/A

Restraints and Position Aids:
   SAFETY STRAP                        Applied By: N/A

Electrocautery Unit:        CONSTELLATION BIPOLAR
ESU Coagulation Range:      N/A
ESU Cutting Range:          N/A
Electroground Position(s): N/A

Material Sent to Laboratory for Analysis:
Specimens: N/A
Cultures:  N/A

Anesthesia Technique(s):
   MONITORED ANESTHESIA CARE

Tubes and Drains:
   NONE

Tourniquet: N/A

Thermal Unit: N/A

Prosthesis Installed: N/A

Medications: N/A

Irrigation Solution(s):
   BAL SALT+,500ML;.25EPI 1:1000
   BALANCED SALT SOLUTION,18ML

Blood Replacement Fluids: N/A

Possible Item Retention:    YES
Sponge Final Count Correct: NOT APPLICABLE
Sharps Final Count Correct: YES
Instrument Final Count Correct: YES
Wound Sweep:                * NOT ENTERED *
Wound Sweep Comment: NO COMMENTS ENTERED
Intra-Operative X-Ray:      * NOT ENTERED *
Intra-Operative X-Ray Comment: NO COMMENTS ENTERED
Counter:                    LEMKE,MARCIE E
Counts Verified By:         HERNDON,CHRISTINA KORNILAKIS

Dressing: EYE PAD AND SHIELD
Packing:  NONE

Blood Loss: 1 ml                    Urine Output:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NICHOLS,DONALD CHARLES<br>445 1/2 WOLF LAKE RD<br>BROOKLYN, MICHIGAN  49230<br>DOB:02/28/1947 | Printed at VA Ann Arbor Healthcare System, 2215<br>Fuller Road, Ann Arbor, MI |

# Surgical Information

```
Postoperative Mood:          N/A
Postoperative Consciousness:  N/A
Postoperative Skin Integrity: N/A
Postoperative Skin Color:     N/A

Laser Performed:
  CONSTELLATION PUREPOINT              Laser Type: N/A
    Laser Start Time: AUG 29, 2018  10:13Laser End Date: AUG 29, 2018  10:23
    Laser Test Fire: 1                 Laser Delivery System: HAND PIECE
    Pulse Mode: REPEAT PULSE           Power/Average Power: N/A
    Interval/Repetition Rate: N/A      Total Joules Delivered: N/A
    Watts Delivered: N/A               Wave Form: N/A
    Pulse Width: N/A                   Energy Joules: N/A
    Duration: 600 min.
    Laser On Standby: 1                Laser Off and Key Secured : 1
    Patient Precautions: TAPE
                         WATER AVAILABLE
    Personnel Precautions: EYE SAFETY FILTER (MICROSCOPE)
                           SIGNAGE ON DOORS WITH APPROPRIATE WAVE LENGTH
                           SAFETY GLASSES USED

Sequential Compression Device: NO

Cell Saver(s): N/A

Devices: CONSTELLATION

Immediate Use Steam Sterilization Episodes:
    Contamination:                      0
    SPS Processing/OR Management Issues: 0
    Emergency Case:                     0
    No Better Option:                   0
    Loaner or Short Notice Instrument:  0
    Decontamination of Instruments Contaminated During the Case: 0

Nursing Care Comments: NO COMMENTS ENTERED

/es/ CHRISTINA KORNILAKIS HERNDON
Registered Nurse
Signed: 08/29/2018 10:51
```

```
--------------------------------------------------------------------------
                          OPERATION REPORT
--------------------------------------------------------------------------
 LOCAL TITLE: OPERATION REPORT
STANDARD TITLE: OPERATIVE REPORT
DATE OF NOTE: AUG 21, 2018@09:54:58  ENTRY DATE: AUG 21, 2018@11:43:59
      SURGEON: LANGE,RYAN PAUL        ATTENDING: JOHN,DENISE A
      URGENCY:                          STATUS: COMPLETED
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NICHOLS,DONALD CHARLES<br>445 1/2 WOLF LAKE RD<br>BROOKLYN, MICHIGAN  49230<br>DOB:02/28/1947 | Printed at VA Ann Arbor Healthcare System, 2215<br>Fuller Road, Ann Arbor, MI |

# Surgical Information

Printed On Mar 8, 2022

SUBJECT: Case #: 168949

PRE-OPERATIVE DIAGNOSIS: Nuclear cataract, left eye

POST-OPERATIVE DIAGNOSIS: Same

OPERATION: Phacoemulsification with intraocular lens implant, left eye.

ATTENDING SURGEON(S): Denise John, MD

RESIDENT SURGEON: Ryan Lange, MD

ANESTHESIA: MAPS with RBB

COMPLICATIONS: None

ESTIMATED BLOOD LOSS: None

LENS: 11.5 D MTA4U0

CDE: 28.29

DESCRIPTION OF OPERATIVE PROCEDURE:   After informed consent was obtained, the
patient was brought to the operating room at the Ann Arbor VA Hospital, a time
out was performed, and anesthesia was begun.  The patient was then prepped and
draped in the usual sterile manner for cataract surgery.  A paracentesis port
was created and Shugarcaine ophthalmic solution of balanced salt solution 0.9
millileter/Epinephrine 1:1000 0.4 millileter/Lidocaine 1 percent MPF 0.3
millileter was injected into the anterior chamber.  The anterior chamber was
filled with viscoelastic and a clear corneal incision was made.  A
capsulorrhexis was
performed and the lens was hydrodissected with balanced Salt Solution (BSS) on a
cannula.  The lens was emulsified using a divide and conquer technique.  At this
point, while taking out the third quadrant, zonules across 3-4 clock hours
detached and the edge of the capsular bag was seen.  The second instrument was
removed and the phaco tip remained on irrigation only.  Amvisc was injected
through the sideport over the region where the exposed zonules were visualized.
The phaco tip was removed, and the primary wound was closed with a 10-0 nylon
suture.  A second sideport was created superiorly, and an anterior vitrectomy
was performed.  Miochol and miostat were injected into the eye, and the
vitrector was used to create a peripheral iridotomy inferiorly.  An 11.5 D
MTA4U0 lens was placed into the anterior chamber after measuring the white-to-
white to be 12 mm.  The remaining viscoelastic
substance was removed from the eye using irrigation and aspiration.  The wounds
were hydrated, and 3 10-0 nylon sutures were used to close the main wound, with
the side ports becoming watertight with hydration.  1 milligram of cefuroxime in
0.1 was
injected into the anterior chamber and the wounds were again checked and

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| NICHOLS,DONALD CHARLES<br>445 1/2 WOLF LAKE RD<br>BROOKLYN, MICHIGAN  49230<br>DOB:02/28/1947 | Printed at VA Ann Arbor Healthcare System, 2215<br>Fuller Road, Ann Arbor, MI |

# Surgical Information

Printed On Mar 8, 2022

watertight.  The eye was of an appropriate physiologic pressure.   A drop of 5
percent povidone iodine and a drop of Maxitrol were placed in the eye. He was
given 1x dose of IV diamox as well.  A Fox
shield was placed and the patient was instructed to begin using the post-
operative drops upon arriving home and to follow up in the clinic post-operative
day number #1.

ATTENDING STATEMENT: I was present for the entire procedure.

/es/ DENISE A JOHN
Attending Physician, Ophthalmology
Signed: 08/28/2018 09:46
for RYAN PAUL LANGE
Resident,Ophthalmology

/es/ DENISE A JOHN
Attending Physician, Ophthalmology
Cosigned: 08/28/2018 09:46
--------------------------------------------------------------------------
                        NURSE INTRAOPERATIVE REPORT
--------------------------------------------------------------------------
 LOCAL TITLE: NURSE INTRAOPERATIVE REPORT
STANDARD TITLE: NURSING OPERATIVE NOTE
DATE OF NOTE: AUG 21, 2018@09:54:58  ENTRY DATE: AUG 21, 2018@11:43:59
      AUTHOR: HERNDON,CHRISTINA K  EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED
      SUBJECT: Case #: 168949

Operating Room: OR5                 Surgical Priority: ELECTIVE

Patient in Hold: NOT ENTERED        Patient in OR:  AUG 21, 2018  09:31:04
Operation Begin: AUG 21, 2018  09:54:58 Operation End:  AUG 21, 2018  11:38
Surgeon in OR:   AUG 21, 2018  09:22  Patient Out OR: AUG 21, 2018  11:42

Major Operations Performed:
Primary: PHACOEMULSIFICATION WITH LENS IMPLANT, ANTERIOR VITRECTOMY, LEFT EYE

Wound Classification: CLEAN
Operation Disposition: OUTPATIENT/DISCHARGE
Discharged Via: STRETCHER

Primary Surgeon: LANGE,RYAN PAUL     First Assist: N/A
Attending Surgeon: JOHN,DENISE A     Second Assist: N/A
Anesthetist: NOT ENTERED            Assistant Anesth: N/A

Other Scrubbed Assistants: N/A

OR Support Personnel:
  Scrubbed                           Circulating
  HARDEMON,DEBRA  (FULLY TRAINED)    HERNDON,C. (FULLY TRAINED)

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

NICHOLS,DONALD CHARLES
445 1/2 WOLF LAKE RD
BROOKLYN, MICHIGAN  49230
DOB:02/28/1947

**VISTA Electronic Medical Documentation**

Printed at VA Ann Arbor Healthcare System, 2215
Fuller Road, Ann Arbor, MI

12

# Surgical Information

```
    HOLMES,CINDY S (FULLY TRAINED)          CALL,CRYSTAL M (ORIENTEE)
                                            WIZYNAJTYS,MARY LYNN (FULLY TRAINED)


Other Persons in OR: N/A


Preop Mood:        N/A              Preop Consc:    N/A
Preop Skin Integ: N/A              Preop Converse: N/A


--- Time Out Checklist ---
Confirm Correct Patient Identity: YES
Confirm Procedure To Be Performed: YES
Confirm Site of the Procedure, Including Laterality: YES
Confirm Valid Consent: YES, i-MED
Confirm Patient Position: YES
Confirm Procedure Site has been Marked Appropriately and that the Site of the
 Mark is Visible After Prep and Draping: YES
Pertinent Medical Images Have Been Confirmed: N/A
Correct Medical Implant(s) is Available: YES
Availability of Special Equipment: YES
Appropriate Antibiotic Prophylaxis: YES
Appropriate Deep Vein Thrombosis Prophylaxis: NOT INDICATED
Blood Availability: NOT INDICATED
Checklist Comment:
    LANGE, HERNDON, HARDEMON, HOOVER


Time-Out Document Completed By: HERNDON,CHRISTINA KORNILAKIS
Time-Out Completed: AUG 21, 2018@09:54


Skin Prep By: LANGE,RYAN PAUL        Skin Prep Agent: BETADINE
Skin Prep By (2): N/A                2nd Skin Prep Agent: N/A


Preop Surgical Site Hair Removal by: N/A
Surgical Site Hair Removal Method: NO HAIR REMOVED
  Hair Removal Comments: NO COMMENTS ENTERED


Surgery Position(s):
  SUPINE                             Placed: N/A


Restraints and Position Aids:
  SAFETY STRAP                     Applied By: N/A


Electrocautery Unit:       NA
ESU Coagulation Range:     N/A
ESU Cutting Range:         N/A
Electroground Position(s): N/A


Material Sent to Laboratory for Analysis:
Specimens: N/A
Cultures:  N/A
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| NICHOLS,DONALD CHARLES<br>445 1/2 WOLF LAKE RD<br>BROOKLYN, MICHIGAN  49230<br>DOB:02/28/1947 | Printed at VA Ann Arbor Healthcare System, 2215<br>Fuller Road, Ann Arbor, MI |

13

# Surgical Information

Printed On Mar 8, 2022

```
Anesthesia Technique(s):
  MONITORED ANESTHESIA CARE

Tubes and Drains:
  NONE

Tourniquet: N/A

Thermal Unit: N/A

Prosthesis Installed:
  Item: LENS,INTRAOCULAR
    Implant Sterility Checked (Y/N): YES
    Sterility Expiration Date: OCT 31, 2021
    RN Verifier: HERNDON,CHRISTINA KORNILAKIS
    Vendor: ALCON
    Model: MTA4U0
    Lot Number: NA
    Serial Number: 12502287 068
    Lot/Serial Number: NA                     Sterile Resp: MANUFACTURER
    Size: 11.5D                               Quantity: 1
    Provider Read Back Performed: YES

Medications: N/A

Irrigation Solution(s):
  BALANCED SALT SOLUTION,18ML
  BAL SALT,500ML;.3EPI 1:1000

Blood Replacement Fluids: N/A

Possible Item Retention:    YES
Sponge Final Count Correct: NOT APPLICABLE
Sharps Final Count Correct: YES
Instrument Final Count Correct: YES
Wound Sweep:                * NOT ENTERED *
Wound Sweep Comment: NO COMMENTS ENTERED
Intra-Operative X-Ray:      * NOT ENTERED *
Intra-Operative X-Ray Comment: NO COMMENTS ENTERED
Counter:             HARDEMON,DEBRA
Counts Verified By:        HERNDON,CHRISTINA KORNILAKIS

Dressing: EYE PAD AND SHIELD
Packing:  NONE

Blood Loss: 0 ml                    Urine Output:

Postoperative Mood:         N/A
Postoperative Consciousness:  N/A
Postoperative Skin Integrity: N/A
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NICHOLS,DONALD CHARLES<br>445 1/2 WOLF LAKE RD<br>BROOKLYN, MICHIGAN  49230<br>DOB:02/28/1947 | Printed at VA Ann Arbor Healthcare System, 2215<br>Fuller Road, Ann Arbor, MI |

# Surgical Information

Printed On Mar 8, 2022

```
Postoperative Skin Color:      N/A

Laser Performed: N/A

Sequential Compression Device: NO

Cell Saver(s): N/A

Devices: INFINITI

Immediate Use Steam Sterilization Episodes:
    Contamination:                 0
    SPS Processing/OR Management Issues: 0
    Emergency Case:                0
    No Better Option:              0
    Loaner or Short Notice Instrument:   0
    Decontamination of Instruments Contaminated During the Case: 0

Nursing Care Comments:
  PHACO TIME:28.29

/es/ CHRISTINA KORNILAKIS HERNDON
Registered Nurse
Signed: 08/21/2018 11:58
```

```
--------------------------------------------------------------------------
                            OPERATION REPORT
--------------------------------------------------------------------------
 LOCAL TITLE: OPERATION REPORT
STANDARD TITLE: OPERATIVE REPORT
DATE OF NOTE: JUL 30, 2018@14:32:55  ENTRY DATE: JUL 30, 2018@15:46:45
    SURGEON: GARZA,PHILIP S          ATTENDING: BIXLER,JILL MD
    URGENCY:                            STATUS: COMPLETED
    SUBJECT: Case #: 168734
```

Preoperative diagnosis: Nuclear sclerotic cataract, right eye

Postoperative diagnosis: Same

Procedure: Phacoemulsification cataract surgery with intraocular lens (IOL) implantation, right eye

Attending surgeon: Jill Bixler, MD

Resident surgeon: Philip S. Garza, MD, MSc

Anesthesia: MAPS with retrobulbar block

Complications: None

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NICHOLS,DONALD CHARLES<br>445 1/2 WOLF LAKE RD<br>BROOKLYN, MICHIGAN  49230<br>DOB:02/28/1947 | Printed at VA Ann Arbor Healthcare System, 2215 Fuller Road, Ann Arbor, MI |

# Surgical Information

Printed On Mar 8, 2022

Indications for procedure: The patient has visually significant cataract interfering with his visual function. The patient was advised to undergo phacoemulsification cataract surgery to improve vision in the operative eye. After discussion of the risks and benefits of cataract surgery, the patient voiced understanding and elected to proceed with cataract surgery.

Procedure and findings: After reviewing the preoperative data and informed consent, the patient was brought to the operating room where anesthesia placed appropriate cardiac and pulmonary monitoring leads. A time-out was completed verifying correct patient, procedure, site, positioning, and implant(s). Proparacaine drops were instilled in the operative eye. A retrobulbar block consisting of a 50:50 mix of 2% lidocaine and 0.75% Marcaine was performed on the operative eye. The operative eye was prepped and draped in the usual sterile fashion with 50% dilute betadine. A wire lid speculum was used to separate the eyelids. A 75/15 blade was used to create a paracentesis at about 7 o'clock. Viscoelastic was the injected into the anterior chamber. A 2.8 mm keratome was used to create the temporal clear corneal wound. The cystotome followed by Utrata forceps were then used to perform a continuous curvilinear capsulorrhexis. Using the Chang cannula, the lens was then hydrodissected and hydrodelineated with balanced salt solution (BSS) and found to be mobile. The phacoemulsification hand piece was used to divide the lens into four quadrants, and each quadrant was removed. The CDE was 40.91. The I/A handpiece was used to remove all remaining cortex, after which the bag was filled with viscoelastic. A 14.5 diopter SN60WF lens was injected into the capsular bag of the eye from the temporal corneal wound and rotated into position. Viscoelastic was removed using irrigation and aspiration. The corneal incisions were hydrated with BSS and found to be watertight.  Intracameral cefuroxime 1mg/0.1ml was injected into the anterior chamber.  50% dilute betadine was instilled onto the ocular surface. The eyelid speculum was removed. Maxitrol ointment was applied to the ocular surface. The eye was dressed with a gauze pad and a hard shield. The patient tolerated the procedure well and was taken to the recovery room in stable condition.

Attending Statement:Dr. Bixler was present for the entire procedure.

/es/ JILL BIXLER MD
Attending Physician, Ophthalmology
Signed: 08/13/2018 08:44
for PHILIP S GARZA, MD, MSc
Resident Physician, Ophthalmology

/es/ JILL BIXLER MD
Attending Physician, Ophthalmology
Cosigned: 08/13/2018 08:44
----------------------------------------------------------------------
NURSE INTRAOPERATIVE REPORT
----------------------------------------------------------------------
LOCAL TITLE: NURSE INTRAOPERATIVE REPORT
STANDARD TITLE: NURSING OPERATIVE NOTE

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NICHOLS,DONALD CHARLES<br>445 1/2 WOLF LAKE RD<br>BROOKLYN, MICHIGAN  49230<br>DOB:02/28/1947 | Printed at VA Ann Arbor Healthcare System, 2215 Fuller Road, Ann Arbor, MI |

16

# Surgical Information

Printed On Mar 8, 2022

```
DATE OF NOTE: JUL 30, 2018@14:32:55  ENTRY DATE: JUL 30, 2018@15:46:45
    AUTHOR: HERNDON,CHRISTINA K  EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
    SUBJECT: Case #: 168734


Operating Room: OR5                   Surgical Priority: ELECTIVE


Patient in Hold: NOT ENTERED          Patient in OR:  JUL 30, 2018  14:15:15
Operation Begin: JUL 30, 2018  14:32:55 Operation End:  JUL 30, 2018  15:37:10
Surgeon in OR:   JUL 30, 2018  14:15   Patient Out OR: JUL 30, 2018  15:40


Major Operations Performed:
Primary: PHACOEMULSIFICATION WITH LENS IMPLANT RIGHT EYE


Wound Classification: CLEAN
Operation Disposition: OUTPATIENT/DISCHARGE
Discharged Via: STRETCHER


Primary Surgeon: GARZA,PHILIP S       First Assist: N/A
Attending Surgeon: BIXLER,JILL MD     Second Assist: N/A
Anesthetist: NOT ENTERED              Assistant Anesth: N/A


Other Scrubbed Assistants: N/A


OR Support Personnel:
  Scrubbed                            Circulating
  SATTLER,CATHERYN MARY (FULLY TRAINED) HERNDON,C. (FULLY TRAINED)
  KOCSIS,CARLA (FULLY TRAINED)        MACGREGOR,KENNET J (FULLY TRAINED)


Other Persons in OR: N/A


Preop Mood:      RELAXED              Preop Consc:    ALERT-ORIENTED
Preop Skin Integ: INTACT              Preop Converse: RESPONDS TO QUESTIONS


--- Time Out Checklist ---
Confirm Correct Patient Identity: YES
Confirm Procedure To Be Performed: YES
Confirm Site of the Procedure, Including Laterality: YES
Confirm Valid Consent: YES, i-MED
Confirm Patient Position: YES
Confirm Procedure Site has been Marked Appropriately and that the Site of the
 Mark is Visible After Prep and Draping: YES
Pertinent Medical Images Have Been Confirmed: N/A
Correct Medical Implant(s) is Available: YES
Availability of Special Equipment: YES
Appropriate Antibiotic Prophylaxis: YES
Appropriate Deep Vein Thrombosis Prophylaxis: NOT INDICATED
Blood Availability: NOT INDICATED
Checklist Comment:
    GARZA, HERNDON, SATTLER, MURRAY
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NICHOLS,DONALD CHARLES<br>445 1/2 WOLF LAKE RD<br>BROOKLYN, MICHIGAN  49230<br>DOB:02/28/1947 | Printed at VA Ann Arbor Healthcare System, 2215<br>Fuller Road, Ann Arbor, MI |

# Surgical Information

```
Time-Out Document Completed By: HERNDON,CHRISTINA KORNILAKIS
Time-Out Completed: JUL 30, 2018@14:32:46

Skin Prep By: GARZA,PHILIP S          Skin Prep Agent: BETADINE
Skin Prep By (2): N/A                 2nd Skin Prep Agent: N/A

Preop Surgical Site Hair Removal by: N/A
Surgical Site Hair Removal Method: NO HAIR REMOVED
  Hair Removal Comments: NO COMMENTS ENTERED

Surgery Position(s):
  SUPINE                              Placed: N/A

Restraints and Position Aids:
  SAFETY STRAP                        Applied By: N/A

Electrocautery Unit:       NA
ESU Coagulation Range:     N/A
ESU Cutting Range:         N/A
Electroground Position(s): N/A

Material Sent to Laboratory for Analysis:
Specimens: N/A
Cultures:  N/A

Anesthesia Technique(s):
  MONITORED ANESTHESIA CARE

Tubes and Drains:
  NONE

Tourniquet: N/A

Thermal Unit: N/A

Prosthesis Installed:
  Item: LENS,INTRAOCULAR
    Implant Sterility Checked (Y/N): YES
    Sterility Expiration Date: JUN 30, 2022
    RN Verifier: HERNDON,CHRISTINA KORNILAKIS
    Vendor: ALCON
    Model: SN60WF
    Lot Number: NA
    Serial Number: 21196689 044
    Lot/Serial Number: NA            Sterile Resp: MANUFACTURER
    Size: 14.5D                      Quantity: 1
    Provider Read Back Performed: YES

Medications: N/A
```

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

```
NICHOLS,DONALD CHARLES
445 1/2 WOLF LAKE RD
BROOKLYN, MICHIGAN  49230
DOB:02/28/1947
```

**VISTA Electronic Medical Documentation**

```
Printed at VA Ann Arbor Healthcare System, 2215
Fuller Road, Ann Arbor, MI
```

# Surgical Information

Printed On Mar 8, 2022

```
Irrigation Solution(s):
  BALANCED SALT SOLUTION,18ML
  BAL SALT,500ML;.3EPI 1:1000

Blood Replacement Fluids: N/A

Possible Item Retention:    YES
Sponge Final Count Correct: NOT APPLICABLE
Sharps Final Count Correct: YES
Instrument Final Count Correct: YES
Wound Sweep:                * NOT ENTERED *
Wound Sweep Comment: NO COMMENTS ENTERED
Intra-Operative X-Ray:      * NOT ENTERED *
Intra-Operative X-Ray Comment: NO COMMENTS ENTERED
Counter:                KOCSIS,CARLA
Counts Verified By:     MACGREGOR,KENNET J

Dressing: EYE PAD AND SHIELD
Packing:  NONE

Blood Loss: 0 ml                        Urine Output:

Postoperative Mood:           N/A
Postoperative Consciousness:  N/A
Postoperative Skin Integrity: N/A
Postoperative Skin Color:     N/A

Laser Performed: N/A

Sequential Compression Device: NO

Cell Saver(s): N/A

Devices: INFINITI

Immediate Use Steam Sterilization Episodes:
  Contamination:                    0
  SPS Processing/OR Management Issues: 0
  Emergency Case:                   0
  No Better Option:                 0
  Loaner or Short Notice Instrument:  0
  Decontamination of Instruments Contaminated During the Case: 0

Nursing Care Comments:
  PHACO TIME: 40.91

/es/ KENNET J MACGREGOR
Registered Nurse
Signed: 07/30/2018 15:47
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NICHOLS,DONALD CHARLES<br>445 1/2 WOLF LAKE RD<br>BROOKLYN, MICHIGAN  49230<br>DOB:02/28/1947 | Printed at VA Ann Arbor Healthcare System, 2215 Fuller Road, Ann Arbor, MI |

19

# Surgical Information

Printed On Mar 8, 2022

for CHRISTINA KORNILAKIS HERNDON
Registered Nurse

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

NICHOLS,DONALD CHARLES
445 1/2 WOLF LAKE RD
BROOKLYN, MICHIGAN  49230
DOB:02/28/1947

**VISTA Electronic Medical Documentation**

Printed at VA Ann Arbor Healthcare System, 2215
Fuller Road, Ann Arbor, MI

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

*Donald C. Nichols*

**DEFENDANTS**

*Ann Arbor VA Medical Center*

**(b)** County of Residence of First Listed Plaintiff *Lenawee*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

*24091*

County of Residence of First Listed Defendant *Washtenaw*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Case:3:22-cv-11971
Judge: Cleland, Robert H.
MJ: Ivy, Curtis
Filed: 08-23-2022 At 02:45 PM
CMP DONALD C. NICHOLS V ANN ARBOR V
A MEDICAL CENTER (LG)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [X] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
*Ann Arbor VA Medical operation on left eye*

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



Don Nichols
445 1/2 Wolf Lake Rd
Brooklyn, MI 49230-9207

U.S. POSTAGE PAID
ANN ARBOR, MI
OCT 15, MI
48864
AMOUNT
$2.64
R2306K1381103-98

1000       48226

ATT:
Richard Lowry

Ipswich, MI 460 ZIP
FRI 19 AUG 2022  PM

United States District Court
OFFICE OF THE CLERK
Theodore Levin United States
Courthouse
Detroit, Mich  48226



R E C E I V E D

AUG 23 2022

CLERKS OFFICE
U.S. DISTRICT COURT