**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DONALD CHARLES NICHOLS,

    Plaintiff,

v.                              CASE No. 22-11971

UNITED STATES OF AMERICA,

    Defendants.

_____/

## JUDGMENT

In accordance with the Order Adopting Magistrate Judge's Report and Recommendation Granting Defendant United States of America's Motion to Dismiss on March 23, 2023,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff Donald Charles Nichols.

Dated at Port Huron, Michigan, this 23rd day of March, 2023.

                                            KINNIKIA ESSIX
                                            CLERK OF COURT

                                            BY: s/Lisa Wagner
                                            Lisa Wagner Case Manager to
                                            Judge Robert H. Cleland